

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
0 2 1M          $ 00.40⁶
0004279596    FEB 26 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,824-01

KENNETH WAYNE BEAL
22715 IMPERIAL VALLEY
HOUSTON, TX 77073

UTF